# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| *Plaintiff* § | |
| § | |
| **v.** § | **Case No. 1:21-cr-00048-LY-21** |
| § | |
| **JOSHUA CHERRY (21),** § | |
| *Defendant* § | |

### Order on Motion to Appoint New Counsel

Before the Court is Defendant Joshua Cherry's Motion to Appoint New Counsel, filed May 6, 2021 (Dkt. 394). The District Court referred the Motion to the undersigned Magistrate Judge for resolution on May 7, 2021 (Dkt. 399).

On May 11, 2021, the Court held a hearing on the Motion by videoconference due to the exigent circumstances created by the COVID-19 pandemic. During the hearing, counsel James R. Young explained that irreconcilable differences had developed between him and Defendant.

Having considered the Motion and statements by Mr. Cherry and Mr. Young during the hearing, the undersigned finds that there is good cause to appoint new counsel, and that Defendant has received notice. **IT IS THEREFORE ORDERED** that Defendant's Motion to Appoint New Counsel (Dkt. 394) is **GRANTED**. James R. Young is hereby **WITHDRAWN** and, consistent with the Court's Order Regarding Financial Status, **Doyle L. Young #00797718** is hereby **APPOINTED** as Defendant's counsel of record.

**IT IS FURTHER ORDERED** that this case be removed from the Magistrate Court's docket and returned to the docket of the Honorable Lee Yeakel.

**SIGNED** on May 11, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE